# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR GONZALEZ,** | : | **CIVIL ACTION NO. 3:14-2104** |
| **Plaintiff** | : | **(JUDGE MANNION)** |
| v | : | |
| **JOHN KERESTES, et al.,** | : | |
| **Defendants** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Collins motion for summary judgment (Doc. 40) is **GRANTED**. Judgment is entered in favor of Defendant Collins and against Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**Dated:   March 21, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2104-01-ORDER.wpd